IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW BEISHL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF BUCKS | : | NO. 18-2835 |

## O R D E R

AND NOW, this 17th day of September, 2019, upon consideration of Defendant's Motion for Summary Judgment, docketed in this case as Document No. 33, Plaintiff's Response thereto, and the parties' Reply and Surreply, it is HEREBY ORDERED that Defendant's Motion for Summary Judgment is GRANTED AS TO ALL COUNTS.

This matter shall be DISMISSED WITH PREJUDICE.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE